I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

By _Consuelo O. Ledesma_
Deputy Clerk

Posted

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 2 2 2004

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICOLE LOGAN,

Plaintiff,

v.

THE CITY OF PULLMAN, a governmental entity, and DON HEROFF, DAN HARGRAVES, MIKE SONTGERATH, and RUBEN HARRIS, individually and as employees of the CITY OF PULLMAN, and unknown JOHN DOES,

Defendants.

**CV-04-0214-FVS**

No. C04-601Z

ORDER

The Court hereby GRANTS defendants' unopposed motion to change venue, docket no. 11. The Court finds that transfer under 28 U.S.C. § 1406(a) is appropriate and transfers this case to the United States District Court, Eastern District of Washington.

IT IS SO ORDERED.

DATED this 15th day of June, 2004.

/s/ Thomas S. Zilly

THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

ORDER  -1-

THE HONORABLE THOMAS S. ZILLY

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

By _Consuelo O. Ledesma_
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE LOGAN,<br><br>                          Plaintiff,<br><br>     v.<br><br>THE CITY OF PULLMAN, a governmental entity, and DON HEROFF, DAN HARGRAVES, MIKE SONTGERATH, and RUBEN HARRIS, individually and as employees of the CITY OF PULLMAN, and unknown JOHN DOES,<br><br>                          Defendants. | No. C 04-0601 Z<br><br>DEFENDANTS' REPLY IN SUPPORT OF MOTION TO CHANGE VENUE UNDER 28 U.S.C. § 1406(a) OR, IN THE ALTERNATIVE, TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 12(b)(3)<br><br>NOTE ON MOTION CALENDAR: Tuesday, June 8, 2004 |

On June 3, 2004, Plaintiff filed a Response to Defendants' Motion, in which she did not object to this case being transferred to the Eastern District of Washington at Spokane. In that response, Plaintiff also made a "request" for consolidation with case number CS 03-0335 FVS, *Arnold, et al. v. City of Pullman, et al.*  Plaintiff never properly noted a Motion to Consolidate and this Court should deny Plaintiff's request to consolidate at this time. And, there is no basis to consolidate.

DEFENDANTS' REPLY RE: MOTION TO CHANGE
VENUE, OR TO DISMISS - 1
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

Although the injuries alleged by Plaintiffs in both actions allegedly took place on the same night at generally the same location, there are vast differences between the two cases.

In *Logan*, Plaintiff is Caucasian. In *Arnold*, a majority, if not all, Plaintiffs are African American. The basis of the Plaintiffs' claims in *Arnold* are that the Defendants' actions were motivated by <u>racial animus</u>. This is not the basis of Plaintiff's Complaint in *Logan*. Second, Plaintiffs in *Arnold* are requesting injunctive relief, while *Logan* makes no such claim in her Complaint.

The rule does no support Plaintiff's "request:"

> When actions involving a *common question of law or fact are pending before the court*, it may order a joint hearing or trial of any or all of the matters in issue in the action; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Fed.R.Civ.P. 42(a)(emphasis added).

Actions need to involve a common question or law or fact – Logan and Arnold do not. There are many differences in the two causes of action, a few of which were listed above. Furthermore, Rule 42(a) applies only to "actions . . . pending before the court . . . ." Thus, the Western District of Washington cannot consolidate a case existing in its court with one in the Eastern District of Washington. This case would first need to be transferred to the Eastern District of Washington, to which Plaintiff does not object, and then the Eastern District of Washington would need to make a decision as to consolidation. It is not for this Court to decide.

In conclusion, the Defendants respectfully request that this Court grant their motion, and change the venue of this case to the United States District Court, Eastern District of

DEFENDANTS' REPLY RE: MOTION TO CHANGE
VENUE, OR TO DISMISS - 2
Cause No. C 04-0601 Z

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1   Washington at Spokane under 28 U.S.C. § 1406(A), or, in the alternative, dismiss this case

2   without prejudice pursuant to Fed.R.Civ.P. 12(b)(3).

3          Dated this 7th day of June, 2004.

4                              KEATING, BUCKLIN & McCORMACK, INC., P.S.

5

6                              s/ Kimberly J. Waldbaum
                               Stewart A. Estes, WSBA #15535
                               Andrew G. Cooley, WSBA #15189
7                              Kimberly J. Waldbaum, WSBA #31529
                               Attorneys for all Defendants
8                              Keating, Bucklin & McCormack, Inc., P.S.
                               800 Fifth Avenue, Suite 4141
9                              Seattle, WA 98104
                               (206) 623-8861
10                             (206) 223-9423
                               kwaldbaum@kbmlawyers.com
11

                           **CERTIFICATE OF SERVICE**
12

13         I hereby certify that on June 7, 2004, I electronically filed the forgoing with the

14   Clerk of the Court using the CM/ECF system which will send notification of such filing to

15   Edward J. Hemingway, attorney for Plaintiff.

16                              s/ Karla Struck
                               Keating, Bucklin & McCormack, Inc., P.S.
17                             800 Fifth Avenue, Suite 4141
                               Seattle, WA 98104
18                             (206) 623-8861

19

20

21

22

23

24

DEFENDANTS' REPLY RE: MOTION TO CHANGE
VENUE, OR TO DISMISS - 3
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

THE HONORABLE THOMAS S. ZILLY

Edward J. Hemingway
BUCKLEY & ASSOCIATES
675 South Lane Street, Suite 300
Seattle, WA 98104
(206) 622-1100

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

By _Consuelo O. Ledesma_
Deputy Clerk

Attorneys for Plaintiff, Nicole Logan

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICOLE LOGAN,

               Plaintiff,

    -vs-

THE CITY OF PULLMAN, a governmental entity,
and DON HEROFF, DAN HARGRAVES, MIKE
SONTGERATH, and RUBEN HARRIS,
individually and as employees of the CITY OF
PULLMAN, and unknown JOHN DOES,

               Defendants.

NO.   C 04-0601 Z

PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO CHANGE
VENUE UNDER 28 U.S.C 1406(A) OR,
IN THE ALTERNATIVE, TO DISMISS
WITHOUT PREJUDICE PURSUANT TO
FED.R.CIV.P. 12(b)(3) AND REQUEST
FOR CONSOLIDATION WITH CASE
NO. CS-03-0335-FVS.

COMES NOW the plaintiff, by and through her attorney Edward J. Hemingway of Buckley

& Associates, and respectfully responds to the Defendants' Motion to Change Venue Under 28

U.S.C. 1406(a) and moves the Court to grant the change of venue and consolidate this case with

case no. CS-03-0335-FVS.

<u>RESPONSE</u>

All of the defendants in this case have been served.  A Notice of Appearance had been

made by attorneys at the Seattle law firm of Keating, Bucklin & McCormack, Inc., P.S. and the

Complaint answered.

PLAINTIFF'S RESPONSE TO DEF MTN TO
CHANGE VENUE AND REQUEST TO
CONSOLIDATE CASES - 1

**BUCKLEY & ASSOCIATES, PS, INC.**
ATTORNEYS AT LAW
675 S. Lane Street, Suite 300
Seattle, Washington  98104
(206) 622-1100 Fax (206) 622-0688



The plaintiff Nicole Logan was a student at Washington State University in Pullman, Washington at the time of the events giving rise to this lawsuit. Since that time, she has graduated and now works in Seattle, Washington. She believes the proper place to have trial is in Seattle. However, the plaintiff does not oppose a change in venue.

Plaintiff has become aware of another lawsuit, case no. CS-03-0335-FVS, arising out of the same occurrence and set of facts, filed in the Eastern District of Washington at Spokane against the City of Pullman Police Department and five Pullman police officers with 94 or more similarly situated plaintiffs. The plaintiff in this case moves the Court grant the change in venue and consolidate this case with case no. CS-03-0335-FVS.

The defendants in case no. CS-03-0335-FVS are also represented by Keating, Bucklin & McCormack of Seattle, Washington, the same defense counsel as in this present case.

Dated this 3rd day June of 2004.

BUCKLEY & ASSOCIATES
Attorneys for Plaintiff Logan


BY:   s/ Edward J. Hemingway
      Edward J. Hemingway
      WSBA #: 28046

PLAINTIFF'S RESPONSE TO DEF MTN TO
CHANGE VENUE AND REQUEST TO
CONSOLIDATE CASES - 2

**BUCKLEY & ASSOCIATES, PS, INC.**
ATTORNEYS AT LAW
675 S. Lane Street, Suite 300
Seattle, Washington  98104
(206) 622-1100 Fax (206) 622-0688

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Stewart A. Estes and Andrew G. Cooley, Attorneys for Defendants, and I hereby certify that I have by ABC Legal Messenger delivered this document to participants: Darryl S. Cochran and Thaddeus P. Martin of Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim.


s/ Rik Stephens
Buckley and Associates
675 South Lane Street, Suite 300
Seattle, WA 98104
(206) 622-1100 Phone
(206) 622-0688 Fax

PLAINTIFF'S RESPONSE TO DEF MTN TO
CHANGE VENUE AND REQUEST TO
CONSOLIDATE CASES - 3

**BUCKLEY & ASSOCIATES, PS, INC.**
ATTORNEYS AT LAW
675 S. Lane Street, Suite 300
Seattle, Washington 98104
(206) 622-1100 Fax (206) 622-0688

1

Edward J. Hemingway
BUCKLEY & ASSOCIATES
675 South Lane Street, Suite 300
Seattle, WA 98104
(206) 622-1100

Attorneys for Plaintiff, Nicole Logan

The Honorable Thomas S. Zilly

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

By _Consuelo O. Ledesma_
                          Deputy Clerk

2

3

4

5

6

7

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

NICOLE LOGAN,

NO.    C 04-0601-Z

9

Plaintiff,

**PLAINTIFF'S ANSWER TO
DEFENDANTS' COUNTERCLAIM**

10

-vs-

11

12

13

14

THE CITY OF PULLMAN, a governmental entity,
and DON HEROFF, DAN HARGRAVES, MIKE
SONTGERATH, and RUBEN HARRIS,
individually and as employees of the CITY OF
PULLMAN, and unknown JOHN DOES,

Defendants.

15

16

17

18

COME NOW the Plaintiff, by and through their undersigned counsel Buckley and

Associates and answer Defendants' Counterclaim as follows:

19

**I.      Response to Introduction**

20

Plaintiff affirmatively states that her lawsuit is overwhelmingly supported by the evidence.

21

22

Plaintiff does not comment on the historical recitation of Washington Law and deny the

substantive claim that the lawsuit is unfounded and frivolous.

23

**II.      Identification of Parties**

24

25

2.1     The allegations of Counterclaim, paragraph 2.1 are admitted.

26

2.2     The allegations of Counterclaim, paragraph 2.2 are admitted.

PLAINTIFF'S ANSWER TO DEFENDANTS'
COUNTERCLAIM - 1

**BUCKLEY & ASSOCIATES, PS, INC.**
ATTORNEYS AT LAW
675 S. Lane Street, Suite 300
Seattle, Washington  98104
(206) 622-1100 Fax (206) 622-0688

### III.    Jurisdicion

3.1    The allegations of Counterclaim, paragraph 3.1 are admitted.

### IV.    Facts

4.1    The allegations of Counterclaim, paragraph 4.1 are denied.

4.2    The allegations of Counterclaim, paragraph 4.2 are denied.

4.3    The allegations of Counterclaim, paragraph 4.3 are denied.

4.4    The allegations of Counterclaim, paragraph 4.4 are denied.

### V.    Relief Requested

5.1    The allegations of Counterclaim, paragraph 5.1 are denied.

5.2    The allegations of Counterclaim, paragraph 5.2 are denied.

Wherefore, Plaintiff, having answered Defendants' Counterclaims in full, pray for judgment against counterclaimants as follows:

1.    For Counterclaimants' claims to be dismissed with prejudice in their entirety;

2.    For costs and attorneys' fees in defending this frivolous counterclaim; and

3.    For any and other relief the Court deems just and proper.

**DATED**: This 3rd day of June 2004.

BUCKLEY & ASSOCIATES
Attorneys for Plaintiff


BY:    s/ Edward J. Hemingway
Edward J. Hemingway #28046
Buckley and Associates
675 South Lane Street, Suite 300
Seattle, WA 98104
(206) 622-1100 Phone
(206) 622-0688 Fax
ehemingway@buckleylaw.net

//

PLAINTIFF'S ANSWER TO DEFENDANTS'
COUNTERCLAIM - 2

**BUCKLEY & ASSOCIATES, PS, INC.**
ATTORNEYS AT LAW
675 S. Lane Street, Suite 300
Seattle, Washington 98104
(206) 622-1100 Fax (206) 622-0688

// 

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stewart A. Estes and Andrew G. Cooley, Attorneys for Defendants.


s/ Rik Stephens
Buckley and Associates
675 South Lane Street, Suite 300
Seattle, WA 98104
(206) 622-1100 Phone
(206) 622-0688 Fax

PLAINTIFF'S ANSWER TO DEFENDANTS'
COUNTERCLAIM - 3

**BUCKLEY & ASSOCIATES, PS, INC.**
ATTORNEYS AT LAW
675 S. Lane Street, Suite 300
Seattle, Washington 98104
(206) 622-1100 Fax (206) 622-0688

THE HONORABLE THOMAS S. ZILLY

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

By _Consuelo O. Ledesma_
                    Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICOLE LOGAN,

                        Plaintiff,

        v.

THE CITY OF PULLMAN, a governmental
entity,   and   DON   HEROFF,   DAN
HARGRAVES,   MIKE   SONTGERATH,
and RUBEN HARRIS, individually and as
employees of the CITY OF PULLMAN, and
unknown JOHN DOES,

                        Defendants.

No. C 04-0601 Z

DEFENDANTS' MOTION TO
CHANGE VENUE UNDER 28 U.S.C.
§ 1406(a) OR, IN THE
ALTERNATIVE, TO DISMISS
WITHOUT PREJUDICE PURSUANT
TO FED.R.CIV.P. 12(b)(3)

NOTE   ON   MOTION   CALENDAR:
Tuesday, June 8, 2004

## I.     RELIEF REQUESTED

Defendants, City of Pullman, et al., respectfully request that this Court grant their

Motion to Change Venue or, in the Alternative, to Dismiss Without Prejudice.   The

appropriate venue for this case is the United States District Court, Eastern District of

Washington, since the Defendant City the individual Defendants are all located in Pullman,

Washington, Whitman County.

DEFENDANTS' MOTION TO CHANGE
VENUE, OR TO DISMISS - 1
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

## II.    STATEMENT OF FACTS

This lawsuit arises out of an incident at the Top of China Restaurant and Attic nightclub in Pullman, Washington on September 8, 2002.   See, *Plaintiff's Complaint* (previously filed with the Court on March 19, 2004), ¶ 6.  Plaintiff alleges she was at the Attic nightclub with friends, and suffered injuries due to the use of oleoresin capsicum spray by Pullman Police Officers Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris in response to an altercation at the club.  *Id.*

According to the Complaint and Defendants' Answer, filed with this Court on May 20, 2004, all events giving rise to this lawsuit occurred in Pullman, and all individual Defendants are residents of Pullman.

## III.    ISSUE PRESENTED

When a cause of action arises in a judicial district within the Eastern District of Washington and all individual defendants reside in that same district, should a lawsuit brought in the Western District of Washington be dismissed or transferred because of improper venue?

## IV.    EVIDENCE RELIED UPON

Plaintiff's Complaint and Defendants' Answer to Complaint.

## V.    LEGAL AUTHORITY

28 U.S.C. § 1391(b), which governs venue, states, in pertinent part, as follows:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated or (3) a judicial district in which any defendant may be found, if

DEFENDANTS' MOTION TO CHANGE
VENUE, OR TO DISMISS - 2
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

> there is no district in which the action may otherwise be
> brought.

Thus, under this statute, venue is proper in the Eastern District of Washington, which encompasses Whitman County, the county in which the City of Pullman is located. Venue rules give defendants some control over the place of trial. Otherwise, Plaintiff could file suit in some remote district where it might be unreasonably burdensome to defend. The venue rules thus balance the conveniences of the parties with other policy factors in selecting an appropriate forum for trial. *Denver & Rio Grande Railroad v. Brotherhood of Railroad Trademen*, 387 U.S. 556, 560, 87 S.Ct. 1746 (1967). Federal venue is governed entirely by statute. *See, Brunette Machine Works, Ltd. v. Kochum Industries, Inc.*, 406 U.S. 706, 709 n.8, 92 S.Ct. 1936 (1972).

Under 28 U.S.C. § 1391, the proper venue for this action is in the Eastern District of Washington. Because of improper venue, the Defendants request that this Court dismiss Plaintiff's claims without prejudice under Fed.R.Civ.P. 12(b)(3), or in the alternative, transfer the case to the Eastern District of Washington pursuant to 28 U.S.C. § 1406(a). Since this motion has been made in a timely fashion, transfer or dismissal is *mandatory*.

> The district court of a district in which is filed a case laying
> venue in the wrong division or district **shall dismiss**, or if it
> be in the interest of justice, transfer such case to any district
> or division in which it could have been brought.

18 U.S.C. § 1406(a) (emphasis added). Transfer is appropriate only if "in the interest of justice." Transfer may be refused and dismissal ordered where plaintiff's claim appears to be very weak and there is no apparent statute of limitations problem. *See, Cook v. Fox*, 537 F.2d 370, 371 (9th Cir. 1976); *McFarland v. Memorex Corp.*, 493 F. Supp. 656, 659-660 (N.D. Ca. 1980).

DEFENDANTS' MOTION TO CHANGE
VENUE, OR TO DISMISS - 3
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1    The Defendants in this matter do not have any objection to the transfer of this cause

2  of action to the Eastern District of Washington if this Court finds that it is "in the interests

3  of justice." The bottom line is that the Western District of Washington is improper venue,

4  and dismissal or transfer is mandatory to correct this defect.

5                        **VI.   CONCLUSION**

6    Based upon the foregoing, Defendants request that this Court grant their Motion and

7  dismiss Plaintiff's claims without prejudice or, in the alternative, transfer this cause of

8  action to United States District Court, Eastern District of Washington.

9    Dated this 26th day of May, 2004.

10                          KEATING, BUCKLIN & McCORMACK, INC., P.S.

11

12                          s/ Kimberly J. Waldbaum
                            Stewart A. Estes, WSBA #15535
                            Andrew G. Cooley, WSBA #15189
13                          Kimberly J. Waldbaum, WSBA #31529
                            Attorneys for all Defendants
14                          Keating, Bucklin & McCormack, Inc., P.S.
                            800 Fifth Avenue, Suite 4141
15                          Seattle, WA 98104
                            (206) 623-8861
16                          (206) 223-9423
                            kwaldbaum@kbmlawyers.com
17

18                   **CERTIFICATE OF SERVICE**

19    I hereby certify that on May 27, 2004, I electronically filed the forgoing with the

20  Clerk of the Court using the CM/ECF system which will send notification of such filing to

21  Edward J. Hemingway, attorney for Plaintiff.

22                          s/ Karla Struck
                            Keating, Bucklin & McCormack, Inc., P.S.
                            800 Fifth Avenue, Suite 4141
23                          Seattle, WA 98104
                            (206) 623-8861

24
DEFENDANTS' MOTION TO CHANGE
VENUE, OR TO DISMISS - 4                KEATING, BUCKLIN & McCORMACK, INC., P.S.
Cause No. C 04-0601 Z                              ATTORNEYS AT LAW
                                               800 FIFTH AVENUE, SUITE 4141
                                            SEATTLE, WASHINGTON 98104-3175
                                                 PHONE: (206) 623-8861
                                                   FAX: (206) 223-9423

1                                THE HONORABLE THOMAS S. ZILLY

2

3

4

5

6

7                   UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
8                           AT SEATTLE

| | |
|---|---|
| 9 NICOLE LOGAN, | No. C 04-0601 Z |
| 10            Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO CHANGE VENUE |
| 11   v. | UNDER 28 U.S.C. § 1406(a) OR, IN THE ALTERNATIVE, TO DISMISS |
| 12 THE CITY OF PULLMAN, a governmental entity, and DON HEROFF, DAN | WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 12(b)(3) |
| 13 HARGRAVES, MIKE SONTGERATH, and RUBEN HARRIS, individually and as | |
| 14 employees of the CITY OF PULLMAN, and unknown JOHN DOES, | [PROPOSED] |
| 15            Defendants. | NOTE ON MOTION CALENDAR: Tuesday, June 8, 2004 |
| 16 | |

17      THIS MATTER having come before the Court on Defendants' Motion to Change

18  Venue Under 28 U.S.C. § 1406(a) or, in the Alternative, to Dismiss Without Prejudice

19  Pursuant to Fed.R.Civ.P. 12(b)(3), and the Court having considered the following:

20      1.     Defendants' Motion to Change Venue Under 28 U.S.C. § 1406(a) or, in the

21  Alternative, to Dismiss Without Prejudice Pursuant to Fed.R.Civ.P. 12(b)(3).

22      2.     _____

23  _____.

24      3.     _____

PROPOSED ORDER - 1
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1  _____.

2       The Court, in considering the arguments of the parties and finding itself fully

3  informed, hereby grants Defendants' Motion, and orders (please check one of the

4  following):

5       ☐      That this case be dismissed for improper venue pursuant to Fed.R.Civ.P.

6  12(b)(3); or

7       ☐      That this case shall be transferred to the Eastern District of Washington

8  pursuant to 28 U.S.C. § 1406(a).

9       DONE IN OPEN COURT this _____ day of _____, 2004.

10

11                              _____

12                              Honorable Thomas S. Zilly
                               United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

PROPOSED ORDER - 2
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

THE HONORABLE THOMAS S. ZILLY

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

BY *Consuelo O. Ledesma*
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICOLE LOGAN,

                    Plaintiff,

        v.

THE CITY OF PULLMAN, a governmental
entity, and DON HEROFF, DAN
HARGRAVES, MIKE SONTGERATH,
and RUBEN HARRIS, individually and as
employees of the CITY OF PULLMAN, and
unknown JOHN DOES,

                    Defendants.

No. C 04-0601 Z

DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT

        DEFENDANTS City of Pullman, Don Heroff, Dan Hargraves, Mike Sontgerath and

Ruben Harris, in answer to Plaintiff's Complaint, admit, deny and allege as follows:

        Unless otherwise specifically admitted below, Defendants deny each and every

allegation in Plaintiff's Complaint.

## JURISDICTION

        1.      Defendants deny the allegations contained in paragraph 1 as legal

conclusions, and therefore deny the same.

DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT - 1
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

2.      Defendants deny the allegations contained in paragraph 2 as legal conclusions, and therefore deny the same.

## PARTIES

3.      Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 3 and, therefore, deny the same.

4.      Defendants admit that Defendants Officers Dan Hargraves, Mike Sontgerath, and Don Heroff were, at all times mentioned herein, residents of Whitman County and employed by the Pullman Police Department. Defendants deny all other allegations contained in paragraph 4.

5.      Defendants admit that the Pullman Police Department is located in Pullman, Washington and deny all other allegations contained in paragraph 5.

## FACTS

6.      Defendants admit Logan was at the nightclub and admit it was "overly crowded." Defendants admit that they used all reasonable, necessary and lawful force to stop a vicious assault. Defendants deny all other allegations contained in paragraph 6.

## FIRST CAUSE OF ACTION

7.      Defendants repeat and reallege each and every answer to each preceding paragraph.

8.      Defendants admit that this paragraph of Plaintiff's Complaint states what is written.

9.      Defendants deny the allegations contained in paragraph 9.

10.     Defendants deny the allegations contained in paragraph 10.

DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT - 2
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

## SECOND CAUSE OF ACTION

11.    Defendants repeat and reallege each and every answer to each preceding paragraph.

12.    Defendants admit that this paragraph of Plaintiff's Complaint states what is written.

13.    Defendants deny the allegations contained in paragraph 13.

14.    Defendants deny the allegations contained in paragraph 14.

## THIRD CAUSE OF ACTION

15.    Defendants repeat and reallege each and every answer to each preceding paragraph.

16.    Defendants admit that this paragraph of Plaintiff's Complaint states what is written.

17.    Defendants deny the allegations contained in paragraph 17.

18.    Defendants deny the allegations contained in paragraph 18.

## FOURTH CAUSE OF ACTION

19.    Defendants repeat and reallege each and every answer to each preceding paragraph.

20.    Defendants admit that this paragraph of Plaintiff's Complaint states what is written.

21.    Defendants deny the allegations contained in paragraph 21.

22.    Defendants deny the allegations contained in paragraph 22.

23.    Defendants deny the allegations contained in paragraph 23.

DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT - 3
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1

**FIFTH CAUSE OF ACTION**

2    24.    Defendants repeat and reallege each and every answer to each preceding

3    paragraph.

4    25.    Defendants deny the allegations contained in paragraph 25.

5    26.    Defendants admit that this paragraph of Plaintiff's Complaint states what is

6    written.

7    27.    Defendants deny the allegations contained in paragraph 27.

8    28.    Defendants deny the allegations contained in paragraph 28.

9    29.    Defendants deny the allegations contained in paragraph 29.

10    **SIXTH CAUSE OF ACTION**

11    30.    Defendants repeat and reallege each and every answer to each preceding

12    paragraph.

13    31.    Defendants admit that this paragraph of Plaintiff's Complaint states what is

14    written.

15    32.    Defendants deny the allegations contained in paragraph 32.

16    33.    Defendants deny the allegations contained in paragraph 33.

17    **SEVENTH CAUSE OF ACTION**

18    34.    Defendants repeat and reallege each and every answer to each preceding

19    paragraph.

20    35.    Defendants admit that this paragraph of Plaintiff's Complaint states what is

21    written.

22    36.    Defendants deny the allegations contained in paragraph 36.

23    37.    Defendants deny the allegations contained in paragraph 37.

24

DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT - 4
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

**EIGHTH CAUSE OF ACTION**

38.    Defendants repeat and reallege each and every answer to each preceding paragraph.

39.    Defendants admit that this paragraph of Plaintiff's Complaint states what is written.

40.    Defendants deny the allegations contained in paragraph 40.

41.    Defendants deny the allegations contained in paragraph 41.

42.    Defendants deny the allegations contained in paragraph 42.

Defendants deny Plaintiff's prayer for relief contained on page 8 of Plaintiff's Complaint.

**AFFIRMATIVE DEFENSES**

By way of further answer and affirmative defenses, Defendants allege:

1.    That the district court in which this action has been commenced is not the proper venue for said action.

2.    That the Plaintiff has failed to file a claim against the City as required by State law or that the claim filed is insufficient.

3.    That the injuries and damages, if any, claimed by the Plaintiff were proximately caused or contributed to by the fault of Plaintiff.

4.    That all actions of the Defendants herein alleged as negligence, manifest a reasonable exercise of judgment and discretion by authorized public officials made in the exercise of governmental authority entrusted to them by law and are neither tortious nor actionable.

DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT - 5
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

5.    That the injuries and damages, if any, alleged by Plaintiff were caused by intentional tortfeasors, and are segregable.

6.    That the Plaintiff has failed to state a claim upon which relief may be granted.

7.    That if the Plaintiff sustained any injury or damage, the same was the result of reasonable conduct and required conduct of the Defendants under the circumstances and was excusable and justifiable.

8.    That any force utilized by the Defendants was reasonable, necessary and lawful under the circumstances.

9.    That the Defendants at all times acted in good faith in the performance of their duties and are therefore immune from suit for the matters charged in Plaintiff's Complaint.

10.    That if the Plaintiff suffered any damages, recovery therefore is barred by Plaintiff's failure to mitigate said damages.

11.    That the conduct of the Defendants was privileged and nontortious (absolute privilege-qualified privilege).

12.    Pursuant to RCW 4.22.070, Defendants allege that there are other entities at fault for the damages alleged in Plaintiff's Complaint. This answer is based on the limited discovery and investigation done to date and is subject to amendment and supplementations. At this stage Defendants allege the following are at fault: Top of China, The Attic, and their agents or employees, and the Omega Psi Phi Fraternity, and Ira Davis, Alvin Tolliver, Fred Shavies, Reggie Robinson, Johnny Jones, Damon Arnold, Quincy Jones, Quintavian Wilson, Aaron Morris, Derrick Lang, and Corey (last name unknown).

DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT - 6
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1

**JURY DEMAND**

2       Defendants hereby demand that this matter be tried before a jury of six persons,

3   pursuant to Fed.R.Civ.P. 38.

4                   **COUNTERCLAIM FOR FRIVOLOUS LAWSUIT**

5                   I.       **INTRODUCTION.**

6       In 1984 the Washington State Legislature made a specific finding that there were a

7   growing number of unfounded claims and lawsuits filed against law enforcement, which

8   had the purpose of deterring those officers from performing their duties.

9       The Legislature also found that the cost of defending against such unfounded suits is

10  severely burdensome to such officers and their employers, and passed RCW 4.24.350 to

11  remedy this problem.

12      This lawsuit is typical of unfounded and frivolous lawsuits contemplated by the

13  legislation.   Plaintiff has made false, unfounded and defamatory statements about the

14  Defendant Police Officers.  The Plaintiff's claims are frivolous.  Each Pullman officer is

15  entitled to all relief under the law, including liquidated damages of $1,000.  The Plaintiff is

16  also liable for Defendants' attorneys' fees.

17                  II.      **IDENTIFICATION OF PARTIES.**

18      2.1    This counterclaim is brought on behalf of Pullman Police Officers Dan

19  Hargraves, Ruben Harris, Don Heroff, and Mike Sontgerath.

20      2.2    This counterclaim is against the Plaintiff set forth in the caption.

21                  III.     **JURISDICTION.**

22      3.1    This Court has supplemental jurisdiction over the counterclaim under 28

23  U.S.C. § 1367.

24
DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT - 7
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

## IV.   FACTS.

4.1    The Plaintiff has instituted this lawsuit against the Pullman Police Officers knowing that the suit is false, unfounded, malicious and without probable cause.   The Plaintiff has misused judicial process by filing an action she knows is false and unfounded.

4.2    Based upon this false and unfounded action, the Pullman Police Officers have a right to relief under RCW 4.24.350.

4.3    The Pullman Officers are entitled to all relief allowed under that statute, including liquidated damage of $1,000 per officer, against the Plaintiff, and attorneys' fees.

4.4    In this lawsuit, the Pullman Officers specifically disavow any claim for damages in excess of the claim for liquidated damages and attorneys' fees, and disavow any claim for personal injury.  As such, the Pullman Officers do not waive any applicable privileges, including but not limited to, the physician-patient privilege, and they do not expose themselves to improper intrusive discovery.

## V.   RELIEF REQUESTED.

5.1    Based upon the foregoing allegations, the Pullman Officers seek a judgment against the Plaintiff for liquidated damages of $1,000 for each officer against the Plaintiff along with attorneys' fees as provided by RCW 4.24.350.

5.2    In addition, Defendants pray that Plaintiff's lawsuit against them be dismissed with prejudice and she takes nothing by this Complaint, and Defendants be awarded their costs and attorneys fees under 42 U.S.C. § 1988.

DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT - 8
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1    Submitted this 20th day of May, 2004.

2                                    KEATING, BUCKLIN & McCORMACK, INC., P.S.

3

4                                    s/ Stewart A. Estes
                                     Stewart A. Estes, WSBA #15535
                                     Andrew G. Cooley, WSBA #15189
5                                    Attorneys for all Defendants
                                     Keating, Bucklin & McCormack, Inc., P.S.
6                                    800 Fifth Avenue, Suite 4141
                                     Seattle, WA 98104
7                                    (206) 623-8861
                                     (206) 223-9423
8                                    sestes@kbmlawyers.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT - 9
Cause No. C 04-0601 Z

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1

## CERTIFICATE OF SERVICE

2

3    I hereby certify that on May 20, 2004, I electronically filed the forgoing with the

4    Clerk of the Court using the CM/ECF system which will send notification of such filing to

    Ernest Hemingway, attorney for Plaintiff.

5

6                                         s/ Karla Struck
                                          Keating, Bucklin & McCormack, Inc., P.S.
7                                         800 Fifth Avenue, Suite 4141
                                          Seattle, WA 98104
8                                         (206) 623-8861

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT - 10                    KEATING, BUCKLIN & McCORMACK, INC., P.S.
Cause No. C 04-0601 Z                                    ATTORNEYS AT LAW
                                                   800 FIFTH AVENUE, SUITE 4141
                                                 SEATTLE, WASHINGTON 98104-3175
                                                      PHONE: (206) 623-8861
                                                        FAX: (206) 223-9423

FILED ___ ___ ENTERED
LODGED ___ RECEIVED

M'Y 1 1 2004    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Washington

I hereby certify that the
within instrument is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

By _Consuelo O. Ledesma_
Deputy Clerk

Case Number: C04-0601

Plaintiff:
**Nicole Logan**

vs.

Defendant:
**The City of Pullman, et al**

For:
ABC Legal Services, Inc.
910 5th Ave.
Seattle, WA 98104

04-CV-00601-CERT

Received these papers to be served on **OFFICER DAN HARGRAVES, 260 SE Kamiaken, Pullman, Washington.**

I, John C. Faires, being duly sworn, depose and say that on the 23rd day of April, 2004 at 6:41 pm, I:

**Individually Served** the within named person with a true copy of this **Summons and Complaint** with the date and hour endorsed thereon by me, pursuant to State Statutes.

The undersigned, being first duly sworn, on oath deposes and says: That he is now and all times herein mentioned a citizen of the United States, over the age of twenty-one years, not a party to or interested in the above entitled action and competent to be a witness therein.

John C. Faires
#255159

Fees    95.00

SUBSCRIBED AND SWORN TO ME ON the 4th day
of May, 2004 BY THE AFFIANT WHO IS
PERSONALLY KNOWN TO ME.

_____
NOTARY PUBLIC
STATE OF IDAHO
RESIDING AT NEZPERCE
MY COMMISSION EXPIRES 01-31-2009

MARSHA W. FAIRES
NOTARY
* * *
PUBLIC

Our Job Serial Number: 2004000332
Ref: 2028192

#9

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

```
_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED
     MAY 11 2004      DJ
        AT SEATTLE
   CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Washington

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

By _Consuelo O. Ledesma_ Deputy Clerk

Case Number: C04-0601

Plaintiff:
**Nicole Logan**

vs.

Defendant:
**The City of Pullman, et al**

For:
ABC Legal Services, Inc.
810 5th Ave.
Seattle, WA 98104

04-CV-00601-CERT

Received these papers to be served on *RUBEN HARRIS, 549 NW Sunset Dr., Pullman, Washington.*

I, Marsha W. Faires, being duly sworn, depose and say that on the 22nd day of April, 2004 at 6:23 pm, I:

**Individually Served** the within named person with a true copy of this Summons and Complaint with the date and hour endorsed thereon by me, pursuant to State Statutes.

The undersigned, being first duly sworn, on oath deposes and says: That he is now and all times herein mentioned a citizen of the United States, over the age of twenty-one years, not a party to or interested in the above entitled action and competent to be a witness therein.

_Marsha W. Faires_
Marsha W. Faires
#255156

Fees  75.00

SUBSCRIBED AND SWORN TO ME ON the 4th day of May, 2004 BY THE AFFIANT WHO IS PERSONALLY KNOWN TO ME.

_signature_
NOTARY PUBLIC
STATE OF IDAHO
RESIDING AT NEZPERCE
MY COMMISSION EXPIRES 02-04-2010

JOHN C. FAIRES
NOTARY PUBLIC
STATE OF IDAHO

Our Job Serial Number: 2004001350
Ref: 2928185

#8

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

```
_____ FILED   ___ ENTERED
_____ LODGED __ __ RECEIVED

M'Y 1 1 2004    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

**AFFIDAVIT OF SERVICE**  I hereby certify that the
annexed instrument is a true

UNITED STATES DISTRICT COURT correct copy of the original
on file in my office.

Western District of Washington ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

**Case Number: C04-0601**

By _Consuelo O. Ledesma_
Deputy Clerk

**Plaintiff:**
**Nicole Logan**

vs.

**Defendant:**
**The City of Pullman, et al**

**For:**
ABC Legal Services, Inc.
910 5th Ave.
Seattle, WA 98104

||||||| |||||| ||||| ||||| ||||| ||||| ||||| |||| ||||
|||||||| ||| |||||||| ||||| ||||||| |||||| || ||||

**04-CV-00601-CERT**

Received these papers to be served on **THE CITY OF PULLMAN, 325 SE Paradise St., Pullman, Washington.**

I, Marsha W. Faires, being duly sworn, depose and say that on the **22nd day of April, 2004** at **4:02 pm**, I:

**Served the within named entity by delivering a true copy of the Summons and Complaint with the date and hour of service endorsed thereon by me, to Glenn Johnson as Mayor of the within named entity, in compliance with State Statutes.**

The undersigned, being first duly sworn, on oath deposes and says: That he is now and all times herein mentioned a citizen of the United States, over the age of twenty-one years, not a party to or interested in the above entitled action and competent to be a witness therein.

_Marsha W. Faires_
Marsha W. Faires
#255158

_Fees_    75.00

SUBSCRIBED AND SWORN TO ME ON the 4th day
of May, 2004 BY THE AFFIANT WHO IS
PERSONALLY KNOWN TO ME.

_____
NOTARY PUBLIC
STATE OF IDAHO
RESIDING AT NEZPERCE
MY COMMISSION EXPIRES 02-04-2010

JOHN C. FAIRES
NOTARY
PUBLIC
STATE OF IDAHO

Our Job Serial Number: 2004000359
Ref: 2928174

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

#7

———— FILED ———— ENTERED
———— LODGED ———— RECEIVED

MAY 11 2004    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

# AFFIDAVIT OF SERVICE

I hereby certify that the
annexed instrument is a true

## UNITED STATES DISTRICT COURT
### Western District of Washington

and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

Case Number: C04-0601

By _Consuelo O. Ledesma_
Deputy Clerk

Plaintiff:
**Nicole Logan**
vs.
Defendant:
**The City of Pullman, et al**

04-CV-00601-CERT

For:
ABC Legal Services, Inc.
910 5th Ave.
Seattle, WA 98104

Received these papers to be served on **OFFICER MIKE SONTGERATH, 260 SE Kamiaken, Pullman, Washington.**

I, John C. Faires, being duly sworn, depose and say that on the 23rd day of April, 2004 at 7:32 pm, I:

Individually Served the within named person with a true copy of this Summons and Complaint with the date and hour endorsed thereon by me, pursuant to State Statutes.

The undersigned, being first duly sworn, on oath deposes and says: That he is now and all times herein mentioned a citizen of the United States, over the age of twenty-one years, not a party to or interested in the above entitled action and competent to be a witness therein.

John C. Faires
#255159

SUBSCRIBED AND SWORN TO ME ON the 4th day
of May, 2004 BY THE AFFIANT WHO IS
PERSONALLY KNOWN TO ME.

Fees: 75.00

NOTARY PUBLIC
STATE OF IDAHO
RESIDING AT NEZPERCE
MY COMMISSION EXPIRES 01-31-2009

MARSHA W. FAIRES
NOTARY
PUBLIC

Our Job Serial Number: 2004000361
Ref: 2928174

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

1    Stewart A. Estes
     KEATING, BUCKLIN & McCORMACK, INC., P.S.
2    800 FIFTH AVENUE, #4141
     SEATTLE, WA 98104
3    (206) 623-8861

4    Attorneys for Defendants

_____ FILED _____ ENTERED
_____ LODGED ____ RECEIVED

APR 3 0 2004   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

5

6

7                                    I hereby certify that the
                                     annexed instrument is a true
8              UNITED STATES DISTRICT COURT  and correct copy of the original
                                     on file in my office.
9         WESTERN DISTRICT OF WASHINGTON  CLERK: BRUCE RIFKIN
                        AT SEATTLE    Clerk, U. S. District Court
                                     Western District of Washington
10   NICOLE LOGAN,
                                     By  Consuelo O. Ledesma
11                                   No. C04-0601 Z        Deputy Clerk
                        Plaintiff,
12                                   PROOF OF SERVICE
          v.
13
     THE CITY OF PULLMAN, a governmental

14   entity, and DON HEROFF, DAN
     HARGRAVES, MIKE SONTGERATH,
15   and RUBEN HARRIS, individually and as  04-CV-00601-MISC
     employees of the CITY OF PULLMAN, and
16   unknown JOHN DOES,

17                      Defendants.

18        Under penalty of perjury under the laws of the State of Washington, I declare that a

19   true copy of the following documents:

20        *    Notice of Appearance
          *    Proof of Service
21

22   were served via:

23        ▣ Legal Messenger       ▣ U. S. Mail       [ ] Facsimile

24   upon the following:

NOTICE OF APPEARANCE - 1
Cause No. C04-0601 Z                                    KEATING, BUCKLIN & McCORMACK, INC., P.S.
C:\Documents and Settings\SLHARTLE\My Documents\sae\wcia0406dp-        ATTORNEYS AT LAW
042804-proof svc.doc                                             800 FIFTH AVENUE, SUITE 4141
                                                              SEATTLE, WASHINGTON 98104-3175
                                                                   PHONE: (206) 623-8861
                                                                   FAX: (206) 223-9423

ORIGINAL

1

Edward J. Hemingway
Buckley & Associates, PS, Inc.
675 South Lane Street, Suite 300
Seattle, WA 98104

2

3

*on april 29, 2004*

4

*Sandra Hartlieb*

5

Sandra L. Hartlieb

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

NOTICE OF APPEARANCE - 2
Cause No. C04-0601 Z
C:\Documents and Settings\SLHARTLIPRI\My Documents\aantwop04066lp-042804-proof svc.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

Stewart A. Estes
KEATING, BUCKLIN & McCORMACK, INC., P.S.
800 FIFTH AVENUE, #4141
SEATTLE, WA 98104
(206) 623-8861

Attorneys for Defendants

```
......... FILED ...... ENTERED
..........LODGED_____RECEIVED

APR 30 2004        DJ

          AT SEATTLE
   CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington
No. C04-0601Z
By _Consuelo O. Ledesma_
NOTICE OF APPEARANCE Clerk

NICOLE LOGAN,

                          Plaintiff,

          v.

THE CITY OF PULLMAN, a governmental
entity, and DON HEROFF, DAN
HARGRAVES, MIKE SONTGERATH,
and RUBEN HARRIS, individually and as
employees of the CITY OF PULLMAN, and
unknown JOHN DOES,

                          Defendants.

No. C04-0601Z

NOTICE OF APPEARANCE

```
04-CV-00601-NTC
```

TO          :     PLAINTIFF

AND TO      :     Edward J. Hemingway, her attorney

AND TO      :     THE CLERK OF THE ABOVE-ENTITLED COURT

        YOU, AND EACH OF YOU, WILL PLEASE BE ADVISED AND TAKE

NOTICE that Stewart A. Estes and Andrew G. Cooley appear as attorneys of record for

Defendants CITY OF PULLMAN, DON HEROFF, DAN HARGRAVES, MIKE

NOTICE OF APPEARANCE - 1
Cause No. C04-0601 Z
C:\Documents and Settings\SLEHART\JEB\My Documents\aaa\nwcio04008\p-
042804-not app.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98101-3175
PHONE: (206) 623-8861
FAX: (206) 223-0423

1   SONTGERATH, and RUBEN HARRIS, without waiving any defects as to lack of

2   jurisdiction over subject matter, lack of jurisdiction over person, improper venue,

3   insufficiency of process, insufficiency of service of process, misjoinder or non-joinder, and

4   hereby requests that any and all further pleadings or notices of any nature or kind

5   whatsoever affecting the rights of said parties, except original process, be served upon the

6   undersigned attorneys at the address stated below.

7       DATED this **29** day of April, 2004.

8                                   KEATING, BUCKLIN & McCORMACK, INC., P.S.

9

10

11      Stewart A. Estes, WSBA #15535
        Andrew G. Cooley, WSBA # 15189
12      Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

NOTICE OF APPEARANCE - 2
Cause No. C04-0601 Z
C:\Documents and Settings\SLHAH\LIESS\My Documents\ael\woa04068\p-
042804-noi app.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

By _Consuelo O. Ledesma_
                          Deputy Clerk

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

NICOLE LOGAN,

                          Plaintiff(s),

          v.

CITY OF PULLMAN, et al.,

                          Defendant(s).

CASE NO. C04-601Z

ORDER REGARDING INITIAL
DISCLOSURES, JOINT STATUS
REPORT, AND EARLY
SETTLEMENT

## I.  INITIAL SCHEDULING DATES

Pursuant to the December 1, 2000 revisions to the Federal Rules of Civil Procedure, the Court sets the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

Deadline for FRCP 26(f) Conference:              **June 2, 2004**

Initial Disclosures Pursuant to FRCP 26(a):      **June 9, 2004**

Combined Joint Status Report and Discovery
Plan as Required by FRCP 26(f)
and Local Rule CR 16:                            **June 16, 2004**

## II.  JOINT STATUS REPORT & DISCOVERY PLAN

All counsel and any pro se parties are directed to confer and provide the Court with a combined Joint Status Report and Discovery Plan (the "Report") by **June 16, 2004.**  This conference shall be by direct and personal communication, whether that be a face-to-face meeting or a telephonic conference.

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT - 1

The Report will be used in setting a schedule for the prompt completion of the case. It must contain the following information by corresponding paragraph numbers:

1.    A statement of the nature and complexity of the case.

2.    A statement of which ADR method (mediation, arbitration, or other) should be used. The alternatives are described in Local Rule CR 39.1 and in the ADR Reference Guide which is available from the clerk's office. If the parties believe there should be no ADR, the reasons for that belief should be stated.

3.    Unless all parties agree that there should be no ADR, a statement of when mediation or another ADR proceeding under Local Rule CR 39.1 should take place. In most cases, the ADR proceeding should be held within four months after the Report is filed. It may be resumed, if necessary, after the first session.

4.    A proposed deadline for joining additional parties.

5.    A proposed discovery plan that indicates:

    A.    The date on which the FRCP 26(f) conference and FRCP 26(a) initial disclosures took place;

    B.    The subjects on which discovery may be needed and whether discovery should be conducted in phases or be limited to or focused upon particular issues;

    C.    What changes should be made in the limitations on discovery imposed under the Federal and Local Civil Rules, and what other limitations should be imposed;

    D.    A statement of how discovery will be managed so as to minimize expense (e.g., by foregoing or limiting depositions, exchanging documents informally, etc.); and

    E.    Any other orders that should be entered by the Court under FRCP 26(c) or under Local Rule CR 16(b) and (c).

6.    The date by which the remainder of discovery can be completed.

7.      Whether the parties agree that a full-time Magistrate Judge may conduct all proceedings, including trial and the entry of judgment, under 28 U.S.C. § 636(c) and Local Rule MJR 13.  Agreement in the Report will constitute the parties' consent to referral of the case to a full-time Magistrate Judge.

8.      Whether the case should be bifurcated by trying the liability issues before the damages issues, or bifurcated in any other way.

9.      Whether the pretrial statements and pretrial order called for by Local Rules CR 16(e), (h), (i), and (l), and 16.1 should be dispensed with in whole or in part for the sake of economy.

10.     Any other suggestions for shortening or simplifying the case.

11.     The date the case will be ready for trial.

12.     Whether the trial will be jury or non-jury.

13.     The number of trial days required.

14.     The names, addresses, and telephone numbers of all trial counsel.

15.     If, on the due date of the Report, all defendant(s) or respondent(s) have not been served, counsel for the plaintiff shall advise the Court when service will be effected, why it was not made earlier, and shall provide a proposed schedule for the required FRCP 26(f) conference and FRCP 26(a) initial disclosures.

16.     Whether any party wishes a scheduling conference prior to a scheduling order being entered in the case.

If the parties are unable to agree on any part of the Report, they may answer in separate paragraphs.  No separate reports are to be filed.

The time for filing the Report may be extended only by court order.  Any request for extension should be made by telephone to Casey Condon at 206-553-0281.

If the parties wish to have a status conference with the Court at any time during the pendency of this action, they should notify Casey Condon at 206-553-0281.

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT - 3

### III. PLAINTIFF'S RESPONSIBILITY

This Order is issued at the outset of the case, and a copy is delivered by the clerk to counsel for plaintiff (or plaintiff, if pro se) and any defendants who have appeared. Plaintiff's counsel (or plaintiff, if pro se) is directed to serve copies of this Order on all parties who appear after this Order is filed within ten (10) days of receipt of service of each appearance. Plaintiff's counsel (or plaintiff, if pro se) will be responsible for starting the communications needed to comply with this Order.

### IV. EARLY SETTLEMENT CONSIDERATION

When civil cases are settled early -- before they become costly and time-consuming -- all parties and the court benefit. The Federal Bar Association Alternative Dispute Resolution Task Force Report for this district stated:

> [T]he major ADR related problem is not the percentage of civil cases that ultimately settle, since statistics demonstrate that approximately 95% of all cases are resolved without trial. However, the timing of settlement is a major concern. Frequently, under our existing ADR system, case resolution occurs far too late, after the parties have completed discovery and incurred substantial expenditure of fees and costs.

The judges of this district have adopted a resolution "approving the Task Force's recommendation that court-connected ADR services be provided as early, effectively, and economically as possible in every suitable case."

The steps required by this Order are meant to help achieve that goal while preserving the rights of all parties.

If settlement is achieved, counsel shall notify Casey Condon at 206-553-0281.

### V. ELECTRONIC FILING

**Counsel are STRONGLY ENCOURAGED to electronically file all documents with the Court. Electronically filed pleadings are instantly filed and the Court has instant access to review and consider pleadings. Pleadings filed in paper form have to be labeled, scanned and then docketed in the Clerk's Office. That can, and likely will, result in a delay of several days before the**

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT - 4

1  document is posted on the docket sheet, which will result in a delay before the Court will be able

2  to review and consider the pleadings.

3                                    **VI. SANCTIONS**

4        A failure by any party to comply fully with this Order may result in the imposition of sanctions.

5        DATED:   May 5, 2004.

6

7                                            /s/ Thomas S. Zilly
                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT - 5

04-CV-00601-AF

FILED ___ ENTERED
___ LODGED ___ RECEIVED
APR 2 9 2004  DJ
AT SEATTLE
CLERK U. S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
Western   District of Washington

Case Number: C04-0601

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

By _Consuelo O. Ledesma_
Deputy Clerk

Plaintiff:
**Nicole Logan**

vs.

Defendant:
**The City of Pullman, et al**

For:
ABC Legal Services, Inc.
910 5th Ave.
Seattle, WA 98104

Received by H & H Legal Messengers to be served on OFFICER DON HEROFF, 725 SE Kamiaken St., Pullman, Whitman County, Washington.

I, Marsha W. Faires, being duly sworn, depose and say that on the 14th day of April, 2004 at 4:55 pm, I:

Individually Served the within named person with a true copy of this Summons and Complaint with the date and hour endorsed thereon by me, pursuant to State Statutes.

The undersigned, being first duly sworn, on oath deposes and says: That he is now and all times herein mentioned a citizen of the United States, over the age of twenty-one years, not a party to or interested in the above entitled action and competent to be a witness therein.

_Marsha W. Faires_
Marsha W. Faires
#255158

SUBSCRIBED AND SWORN TO ME ON the 20th day of April, 2004 BY THE AFFIANT WHO IS PERSONALLY KNOWN TO ME.

NOTARY PUBLIC
STATE OF IDAHO
RESIDING AT NEZPERCE
MY COMMISSION EXPIRES 02-04-2010

JOHN C. FAIRES
NOTARY PUBLIC
STATE OF IDAHO

H & H Legal Messengers
1992 Jacobs Rd.
Nezperce, ID 83543
(208) 791-4488
Fees  95.00
Our Job Serial Number: 2004000382
Ref: 2928195

Edward J. Hemingway
BUCKLEY & ASSOCIATES
675 South Lane Street, Suite 300
Seattle, WA 98104
(206) 622-1100

Attorneys for Plaintiff, Nicole Logan

04-CV-00601-CMP

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 19 2004    PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

C04-0601Z

NICOLE LOGAN,

               Plaintiff,

-vs-

THE CITY OF PULLMAN, a governmental entity,
and DON HEROFF, DAN HARGRAVES, MIKE
SONTGERATH, and RUBEN HARRIS,
individually and as employees of the CITY OF
PULLMAN, and unknown JOHN DOES,

               Defendants.

NO.

COMPLAINT

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

By _Consuelo O. Ledesma_
               Deputy Clerk

Plaintiff alleges:

## JURISDICTION

1.    This action arises under 42 USC § 1983 for violations of the Fourteenth

Amendment to the United States Constitution, and various state and common law claims, as

hereinafter more fully appears.  Jurisdiction is conferred upon this court pursuant to 28 USC §

1343, et seq. The jurisdiction of this court is founded on 28 USC § 1331.

BUCKLEY & ASSOCIATES, PS, INC.
ATTORNEYS AT LAW
675 South Lane Street, Suite 300
Seattle, Washington  98104
(206) 622-1100 Fax (206) 622-0688

COMPLAINT FOR DAMAGES - 1

1    2.    There exists a common nucleus of operative facts as to plaintiff's state and federal

2    claims.  As a consequence, this court has pendent jurisdiction over the state claims pursuant to 28

3    USC § 1367.

4                                          **PARTIES**

5    3.    Plaintiff Nicole Logan, is a resident of Browns Point, Washington, and at the time of

6    the incident was a resident of Pullman, Whitman County, Washington.

7    4.    Defendants, Officer Don Heroff, Officer Dan Hargraves, Officer Mike Sontgerath,

8    and Officer Ruben Harris, were, and at all times mentioned as, residents of Whitman County,

9    Washington.  Officer Don Heroff, Officer Dan Hargraves, Officer Mike Sontgerath, and Officer

10   Ruben Harris were duly appointed and acting City Police Officers employed by the City of

11   Pullman Police Department.  As such, defendant Officer Don Heroff, Officer Dan Hargraves,

12   Officer Mike Sontgerath, and Officer Ruben Harris were duly appointed agents authorized to

13   enforce the laws of the City of Pullman, Washington, and was so acting under color of the law of

14   the City of Pullman, Washington at all times relevant to this action.

15   5.    Defendant, the City of Pullman Police Department, is and at all times mentioned

16   was the City of Pullman, Washington State.

17                                          **FACTS**

18   6.    On or about September 8, 2002 at approximately 1:30 a.m. plaintiff Nicole Logan

19   was on the second floor of "The Attic" nightclub of the Top of China Restaurant in Pullman,

20   Washington.  Nicole Logan was dancing with friends when patrons of the overly crowded

21   nightclub begun rushing the exits due to the use of O.C. (oleoresin capsicum) a.k.a. known as

22   pepper spray, and other chemical agents, on the first floor of "The Attic", by Officers Don

23   Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris.  The officers, wearing the standard

BUCKLEY & ASSOCIATES, PS, INC.
ATTORNEYS AT LAW
675 South Lane Street, Suite 300
Seattle, Washington 98104
(206) 622-1100 Fax (206) 622-0688

COMPLAINT FOR DAMAGES - 2

uniform of a city police officer, discharged numerous canisters of pepper spray and other chemical agents immediately after arriving at "The Attic", without properly assessing the scene, properly announcing their presence, properly interviewing patrons prior to acting, and failing to communicate with each other or their supervisors prior to acting. During this incident, the plaintiff Nicole Logan's airways became constricted from the pepper spray and other chemical agents. She began choking and shortly thereafter lost consciousness, stopping her heart, and needing resuscitation by paramedics who arrived at the scene of the incident.

## FIRST CAUSE OF ACTION

7.    Plaintiff repeats and realleges each and every preceding paragraph, as if expressly set forth at length.

8.    This Cause of Action is brought by plaintiff against defendants, Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris for assault and battery.

9.    As a direct and proximate result of the above-described illegal actions of defendants, Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris, including their excessive force, plaintiff sustained severe physical injury, causing plaintiff great bodily pain and anguish of mind.

10.    Due notice under all applicable statutes has been given to defendants.

## SECOND CAUSE OF ACTION

11.    Plaintiff repeats and realleges each and every preceding paragraph, as if expressly set forth at length.

12.    This Cause of Action is brought by plaintiff against defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris for their negligent and wrongful acts, including their negligence and carelessness of handling pepper spray and other chemical agents.

BUCKLEY & ASSOCIATES, PS, INC.
ATTORNEYS AT LAW
675 South Lane Street, Suite 300
Seattle, Washington 98104
(206) 622-1100 Fax (206) 622-0688

13.    As a direct and proximate result of the above-described negligence of defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris, plaintiff sustained severe physical injury, causing plaintiff great pain of body and anguish of mind.

14.    Due notice under all applicable statutes has been given to defendants.

### THIRD CAUSE OF ACTION

15.    Plaintiff repeats and realleges each and every preceding paragraph, as if expressly set forth at length.

16.    This Cause of Action is brought by plaintiff against defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris for their grossly negligent and reckless acts, including their excessive and unnecessary use of force, discharging pepper spray and other chemical agents in an overly crowded and confined space, without regard for the safety of others and crowd control.

17.    As a direct and proximate result of the above-described gross negligence and recklessness of defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris, plaintiff sustained severe physical injury, causing plaintiff great pain of body and anguish of mind.

18.    Due notice under all applicable statutes has been given to defendants.

### FOURTH CAUSE OF ACTION

19.    Plaintiff repeats and realleges each and every preceding paragraph, as if expressly set forth at length.

20.    This Cause of Action is brought by plaintiff against defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris for deprivation of constitutional rights within the meaning of 42 U.S.C.A. § 1983.

BUCKLEY & ASSOCIATES, PS, INC.
ATTORNEYS AT LAW
675 South Lane Street, Suite 300
Seattle, Washington  98104
(206) 622-1100 Fax (206) 622-0688

21.    The above-described actions subjected plaintiff to a deprivation of rights and privileges secured to plaintiff by the constitution and laws of the United States including the due process clause of the Fourteenth Amendment to the Constitution of the United States, within the meaning of 42 U.S.C.A. § 1983.

22.    As a direct and proximate result of the above-mentioned unconstitutional acts of defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris, plaintiff sustained severe physical injury, causing plaintiff great pain of body and anguish of mind.

23.    Due notice under all applicable statutes has been given to defendants.

### FIFTH CAUSE OF ACTION

24.    Plaintiff repeats and realleges each and every preceding paragraph, as if expressly set forth at length.

25.    Claims for Damages were properly filed with the defendant City of Pullman pursuant to Washington law.  More than sixty (60) days have elapsed since the filing of those claims.

26.    This Cause of Action is brought by plaintiff against City of Pullman for negligence.

27.    The above-described actions by defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris resulted from the carelessness and negligence of the City of Pullman, its agents, servants, employees, or other representatives, in hiring, failing to properly train and failing to properly supervise defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris.

BUCKLEY & ASSOCIATES, PS, INC.
ATTORNEYS AT LAW
675 South Lane Street, Suite 300
Seattle, Washington 98104
(206) 622-1100 Fax (206) 622-0688

28.     As a direct and proximate result of the above-mentioned carelessness and negligence of defendant the City of Pullman, plaintiff sustained severe physical injury, causing plaintiff great pain of body and anguish of mind.

29.     Due notice under all applicable statutes has been given to defendants.

### SIXTH CAUSE OF ACTION

30.     Plaintiff repeats and realleges each and every preceding paragraph, as if expressly set forth at length.

31.     This Cause of Action is brought by plaintiff against City of Pullman for the negligent conduct of its agents, servants, or employees, defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris, including defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris' excessive and unnecessary use of force.

32.     As a direct and proximate result of the negligence of defendants the Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris, while agents, servants, or employees of the City of Pullman, plaintiff sustained severe physical injury, causing plaintiff great pain of body and anguish of mind.

33.     Due to notice under all applicable statutes has been given to defendants.

### SEVENTH CAUSE OF ACTION

34.     Plaintiff repeats and realleges each and every preceding paragraph, as if expressly set forth at length.

35.     This Cause of Action is brought by plaintiff against defendant the City of Pullman for the grossly negligent and reckless conduct of its agents, servants, or employees, defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris.

BUCKLEY & ASSOCIATES, PS, INC.
ATTORNEYS AT LAW
675 South Lane Street, Suite 300
Seattle, Washington 98104
(206) 622-1100 Fax (206) 622-0688

36.    As a direct and proximate result of the gross negligence and recklessness of defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris, while agents, servants, or employees of the City of Pullman, plaintiff sustained severe physical injury, causing plaintiff great pain of body and anguish of mind.

37.    Due to notice under all applicable statutes has been given to defendants.

## EIGHTH CAUSE OF ACTION

38.    Plaintiff repeats and realleges each and every preceding paragraph, as if expressly set forth at length.

39.    This Cause of Action is brought by plaintiff against defendant the City of Pullman for deprivation by its agents, servants, or employees, defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris, of constitutional rights within the meaning of 42 U.S.C.A. § 1983.

40.    The above-described actions of defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris, while agents, servants, or employees of the City of Pullman subjected plaintiff to a deprivation of rights and privileges secured to plaintiff by the constitution and laws of the United States including the due process clause of the Fourteenth Amendment to the Constitution of the United States, within the meaning of 42 U.S.C.A. § 1983.

41.    As a direct and proximate result of the above-mentioned unconstitutional acts of defendants Don Heroff, Dan Hargraves, Mike Sontgerath, and Ruben Harris, while agents, servants, or employees of defendant the City of Pullman, plaintiff sustained severe physical injury, causing plaintiff great pain of body and anguish of mind.

42.    Due to notice under all applicable statutes has been given to defendants.

BUCKLEY & ASSOCIATES, PS, INC.
ATTORNEYS AT LAW
675 South Lane Street, Suite 300
Seattle, Washington  98104
(206) 622-1100 Fax (206) 622-0688

**WHEREFORE**, plaintiff seeks the following relief:

1.  Judgment against defendants for $ 500,000.00;

2.  Reasonable attorney fees and costs of suit;

3.  Punitive damages in such amount as shown in trial; and

4.  Such other and further relief as the court deems just and proper.


DATED this 17th day of March 2004.


BUCKLEY & ASSOCIATES
Attorneys for Plaintiff


BY:  *Edward J. Hemingway*
Edward J. Hemingway/WSBA #28046
675 South Lane, Suite 300
Seattle, WA 98104


## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.


BUCKLEY & ASSOCIATES
Attorneys for Plaintiff


BY:  *Edward J. Hemingway*
Edward J. Hemingway/WSBA #28046
675 South Lane Street, Suite 300
Seattle, WA 98104

COMPLAINT FOR DAMAGES - 8

JS 44 (Rev. 3/991)

# CIVIL COVER SHEET

# C04-0601Z

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Logan, Nicole

### DEFENDANTS

The City of Pullman, a governmental entity, et al

Whitman

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
ON U.S. PLAINTIFF CASES ONLY)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Edward J. Hemingway
Buckley & Associates, P.S., Inc.
675 South Lane Street, Suite 300, Seattle, WA 98104
(206) 622-1100

04-CV-00601-CVSIIT

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

FILED
LODGED____ RECEIVED
MAR 19 2004
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON DEPUTY

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** ☐ 310 Airplane | **PERSONAL INJURY** ☐ 362 Personal Injury | ☐ 610 Agriculture ☐ 620 Other Food & Drug | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment ☐ 410 Antitrust |
| ☐ 120 Marine ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Med. Malpractice ☐ 365 Personal Injury | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Product Liability ☐ 368 Asbestos Personal Injury Product | ☐ 630 Liquor Laws ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act ☐ 153 Recovery of Defaulted Student Loans | ☐ 330 Federal Employers' Liability ☐ 340 Marine | Liability **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 650 Airline Regs. ☐ 660 Occupational Safety/Health | ☐ 820 Copyrights ☐ 830 Patent ☐ 840 Trademark | ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange |
| (Excl. Veterans) ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** ☐ 710 Fair Labor Standards | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | Act ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation ☐ 220 Foreclosure | ☐ 441 Voting ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to |
| ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Habeas Corpus** ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | Justice ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | ☐ 444 Welfare ☒ 440 Other Civil Rights | ☐ 535 Death Penalty ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | State Statutes ☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 USC 1983; Police Excessive Use of Force

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION DEMAND
UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE

DOCKET NUMBER

DATE MARCH 18, 2004

SIGNATURE OF ATTORNEY OF RECORD
Bell Bonds #21846 for BUCKLEY & ASSOCIATES

Attorneys for Plaintiff.

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

ORIGINAL

# U.S. District Court
## Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:04-cv-00601-TSZ
### Internal Use Only

Logan v. Pullman City of et al
Assigned to: Hon. Thomas S. Zilly
Demand: $500000
Cause: 42:1983 Civil Rights Act

Date Filed: 03/19/2004
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

## Plaintiff
--------------------

**Nicole Logan**

represented by **Edward J Hemingway**
BUCKLEY & ASSOCIATES
675 S LANE ST
STE 300
SEATTLE, WA 98104
206-622-1100
Email: ehemingway@buckleylaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant
--------------------

**Pullman City of,** *a governmental
entity*

represented by **Andrew G Cooley**
KEATING BUCKLIN &
MCCORMACK
800 FIFTH AVE
STE 4141
SEATTLE, WA 98104-3175
206-623-8861
Fax: FAX 223-9423
Email: acooley@kbmlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart Andrew Estes**
KEATING BUCKLIN &
MCCORMACK
800 FIFTH AVE
STE 4141
SEATTLE, WA 98104-3175
206-623-8861

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington

By _Consuelo O. Ledesma_
Deputy Clerk

Fax: FAX 223-9423
Email: sestes@kbmlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Joy Waldbaum**
KEATING BUCKLIN &
MCCORMACK
800 FIFTH AVE
STE 4141
SEATTLE, WA 98104-3175
206-623-8861
Fax: FAX 223-9423
Email: kwaldbaum@kbmlawyers.com
*ATTORNEY TO BE NOTICED*

**Don Heroff,** *individual and as an*     represented by    **Andrew G Cooley**
*employee of the City of Pullman*                           (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stewart Andrew Estes**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kimberly Joy Waldbaum**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Dan Hargraves,** *individual and as*     represented by    **Andrew G Cooley**
*an employee of the City of Pullman*                        (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stewart Andrew Estes**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kimberly Joy Waldbaum**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Mike Sontgerath,** *individually and*     represented by    **Andrew G Cooley**
*as an employee of the City of*                             (See above for address)
*Pullman*                                                   *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stewart Andrew Estes**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Joy Waldbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ruben Harris,** *individually and as an employee of the City of Pullman*     represented by **Andrew G Cooley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart Andrew Estes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Joy Waldbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Does,** *unknown*     represented by **Kimberly Joy Waldbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
----------------------

**John Does,** *unknown*     represented by **Kimberly Joy Waldbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Andrew Estes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dan Hargraves,** *individual and as an employee of the City of Pullman*     represented by **Kimberly Joy Waldbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ruben Harris,** *individually and as an employee of the City of Pullman*     represented by **Kimberly Joy Waldbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Don Heroff,** *individual and as an employee of the City of Pullman*     represented by **Kimberly Joy Waldbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pullman City of,** *a governmental entity*     represented by **Kimberly Joy Waldbaum**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Mike Sontgerath,** *individually and as an employee of the City of Pullman*

represented by   **Kimberly Joy Waldbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**
----------------------

**Nicole Logan**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 03/19/2004 | ❂ 1 | COMPLAINT and JURY DEMAND against defendant(s) John Does, Dan Hargraves, Ruben Harris, Don Heroff, Pullman City of, Mike Sontgerath (Summons(es) issued) (Receipt # 850829) , filed by Nicole Logan. (Attachments: # 1 Civil Cover Sheet)(PM, ) (Entered: 03/25/2004) |
| 03/25/2004 | ❂ | Remark - plaintiff counsel, Edward J. Hemminway, not in the attorney database. Will contact to inquire re admission to WDWA. (PM, ) (Entered: 03/25/2004) |
| 04/28/2004 | ❂ 2 | AFFIDAVIT OF SERVICE OF SUMMONS and Complaint returned executed upon defendant Don Heroff on 4/14/2004. (LT, ) (Entered: 05/04/2004) |
| 04/30/2004 | ❂ 4 | NOTICE of Appearance by attorneys Andrew G Cooley and Stewart Andrew Estes on behalf of Defendants Dan Hargraves, Ruben Harris, Don Heroff, Pullman City of, Mike Sontgerath (LT, ) (Entered: 05/07/2004) |
| 04/30/2004 | ❂ 5 | PROOF OF SERVICE by Defendants Dan Hargraves, Ruben Harris, Don Heroff, Pullman City of, Mike Sontgerath re 4 Notice of Appearance. (LT, ) (Entered: 05/07/2004) |
| 05/05/2004 | ❂ 3 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT Joint Status Report due by 6/16/2004; by Judge Thomas S. Zilly. (CC) (Entered: 05/05/2004) |
| 05/11/2004 | ❂ 6 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Mike Sontgerath on 4/23/2004. (AF, ) (Entered: 05/17/2004) |

| 05/11/2004 | 7 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Pullman City of on 4/22/2004. (AF, ) (Entered: 05/17/2004) |
|---|---|---|
| 05/11/2004 | 8 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Ruben Harris on 4/22/2004. (AF, ) (Entered: 05/17/2004) |
| 05/11/2004 | 9 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Dan Hargraves on 4/23/2004. (AF, ) (Entered: 05/17/2004) |
| 05/20/2004 | 10 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against plaintiff Nicole Logan by John Does, Dan Hargraves, Ruben Harris, Don Heroff, Pullman City of, Mike Sontgerath.(Estes, Stewart) (Entered: 05/20/2004) |
| 05/27/2004 | 11 | MOTION to Change Venue *Under 28 USC 1406(a) or in the Alternative, to Dismiss Without Prejudice Pursuant to FRCP 12(b)(3)* by Defendants John Does, Dan Hargraves, Ruben Harris, Don Heroff, Pullman City of, Mike Sontgerath, Counter Claimants John Does, Dan Hargraves, Ruben Harris, Don Heroff, Pullman City of, Mike Sontgerath. Noting Date 6/8/2004. (Attachments: # 1 Proposed Order Granting Defendants' Motion to Change Venue Under 28 USC 1406(a) or in the Alternative, to Dismiss Without Prejudice Pursuant to FRCP 12(b)(3))(Waldbaum, Kimberly) (Entered: 05/27/2004) |
| 06/03/2004 | 12 | ANSWER to Counterclaim by Nicole Logan.(Hemingway, Edward) (Entered: 06/03/2004) |
| 06/04/2004 | 13 | RESPONSE filed by Plaintiff Nicole Logan re 11 MOTION to Change Venue *Under 28 USC 1406(a) or in the Alternative, to Dismiss Without Prejudice Pursuant to FRCP 12(b)(3) and Request for Consolidation with Case NO. CS-03-0335-FVS* (Hemingway, Edward) (Entered: 06/04/2004) |
| 06/07/2004 | 14 | REPLY, filed by Defendants John Does, Dan Hargraves, Ruben Harris, Don Heroff, Pullman City of, Mike Sontgerath, to Response to 11 MOTION to Change Venue *Under 28 USC 1406(a) or in the Alternative, to Dismiss Without Prejudice Pursuant to FRCP 12(b)(3)* (Waldbaum, Kimberly) (Entered: 06/07/2004) |
| 06/15/2004 | 15 | ORDER GRANTING 11 Dfts' Unopposed Motion to Change Venue by Judge Thomas S. Zilly. The Court transfers this case to the United States District Court, Eastern District of Washington.(CL, ) (Entered: 06/16/2004) |
| 06/17/2004 | | As per Order of Transfer, docket # 15, the following documents were mailed (lst. class mail) tothe USD, Eastern WA: certified copies of all documents, docket sheet and Order of Transfer. Notification letter |

sent to attys. (CL, ) (Entered: 06/17/2004)