UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

NICOLE LOGAN et al.,

        Plaintiffs,

    v.

CITY OF PULLMAN, et al.,

        Defendants.

No. CV-04-214-FVS

**PROTECTIVE ORDER**

    The Court, being fully advised, now, therefore,

**IT IS HEREBY ORDERED:**

    1. The parties shall not disclose to the public the reports and complaints of racial discrimination, the production of which was compelled by the Court's order of April 1, 2005, (hereinafter "said documents") but the parties may disclose, discuss, provide, and present said documents to the parties, the parties' attorneys and respective staff, and experts retained by the parties' attorneys.

    2. The parties may use said documents for any purpose in any and all depositions in this matter.

    3. Any persons receiving said documents shall keep the information contained therein confidential.

    4. Upon conclusion of this litigation, Plaintiffs will return or destroy all copies of said documents within 60 days from the date of the final order or entry of judgment, whichever occurs later.

PROTECTIVE ORDER - 1

1  //

2  **IT IS SO ORDERED.**  The District Court Executive is hereby

3  directed to enter this Order and furnish copies to counsel.

4  **DATED** this <u>6th</u> day of July, 2005.

```
                        s/ Fred Van Sickle
                          Fred Van Sickle
                  Chief United States District Judge
```

PROTECTIVE ORDER - 2