UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE LOGAN et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF PULLMAN, et al.,<br><br>　　　　Defendants. | No. CV-04-214-FVS<br><br>**ORDER** |

　　The Court, being fully advised, now therefore,

　　**IT IS HEREBY ORDERED** that Plaintiffs' first motion for class certification, **Ct. Rec. 41**, is **STRICKEN AS MOOT** in light of the filing of Plaintiffs' Renoted Motion for Class Certification, Ct. Rec. 204, which is scheduled for hearing without oral argument on October 11, 2005.

　　**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

　　**DATED** this <u>12th</u> day of September, 2005.

　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　United States District Judge

ORDER - 1