UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

NICOLE LOGAN, et al.,

                    Plaintiffs,

            v.

DAN HARGRAVES, RUBEN HARRIS, DON
HERROF, and ANDREW WILSON,

                    Defendants.

No. CV-04-214-FVS

ORDER GRANTING DEFENDANT
ANDREW WILSON'S MOTION FOR
RECONSIDERATION

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** that Defendant Andrew Wilson's Motion for Reconsideration (Ct. Rec. 479) is **GRANTED**.  Officer Wilson is granted summary judgment with respect to Mr. Morris' claims under the Fourth Amendment.  Judgment is entered for Andrew Wilson.  A detailed order setting forth the Court's analysis will be forthcoming.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and enter judgment accordingly.

**DATED** this 30th day of June, 2006.

                    _s/ Fred Van Sickle_
                     Fred Van Sickle
                United States District Judge

ORDER GRANTING DEFENDANT ANDREW WILSON'S MOTION FOR
RECONSIDERATION - 1