UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

NICOLE LOGAN, et al.,

              Plaintiffs,

        v.

CITY OF PULLMAN POLICE
DEPARTMENT, et al.,

              Defendants.

No. CV-04-214-FVS

ORDER DENYING CROSS-MOTIONS
FOR SUMMARY JUDGMENT

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED:**

1.  Plaintiffs' Motion for Partial Summary Judgment Regarding Liability Under 42 U.S.C. § 1983 Against Defendant Officers Harris and Heroff (**Ct. Rec. 453**) is **DENIED.**

2.  Defendants' Cross-Motion for Partial Summary Judgment (**Ct. Rec. 471**) is **DENIED.**

3.  A detailed order setting forth the Court's analysis will be forthcoming.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 17th day of July, 2006.

*s/ Fred Van Sickle*
Fred Van Sickle
United States District Judge

ORDER DENYING CROSS-MOTIONS FOR SUMMARY JUDGMENT - 1