AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☐ **Decision by Court. This action came to** before the Court. The issues have been and a decision has been rendered.

*Date*

*Clerk*

*(By) Deputy Clerk*