# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE LOGAN, et al.,<br><br>                          Plaintiffs,<br><br>vs.<br><br>CITY OF PULLMAN POLICE DEPARTMENT; WILLIAM T. WEATHERLY; DAN HARGRAVES; RUBEN HARRIS, DON HERROF; and ANDREW WILSON,<br><br>                          Defendants. | Case No.  CV-04-214-FVS<br><br>CIVIL MINUTES<br><br>DATE: 12/3/08<br><br>LOCATION:  SPOKANE<br><br>FAIRNESS HEARING |

| | JUDGE FRED VAN SICKLE | |
|---|---|---|
| Cindy Parks<br>**Courtroom Deputy** | Kyle Perkins<br>**Law Clerk** | Mark Snover<br>**Court Reporter** |
| David Sanders<br>**Plaintiffs' Counsel** | | Stewart A. Estes<br>**Defendants' Counsel** |

[X]   In Court

     MOTION before the Court:
     Joint MOTION for Settlement (Ct. Rec. 796) - *Granted*

Counsel having filed a notice indicating publication of the notice of this hearing as well as mailings and there being no written or oral objections, counsel request the Court enter the settlement as proposed.

**Court:** motion is granted.  Joint order to be submitted by counsel for the court's review and entry.  Mr. Sanders is directed to file a Notice of Appearance with the Court.

*[X] ORDER FORTHCOMING*

| CONVENED: 9:09 AM | ADJOURNED: 9:14 AM | TIME: 05 MIN | CALENDARED [   ] |
|---|---|---|---|