THE HONORABLE FRED VAN SICKLE

Darrell L. Cochran
James W. Beck
David L. Sanders
Gordon Thomas Honeywell Malanca
Peterson & Daheim LLP
1201 Pacific Avenue, Suite 2100
PO Box 1157
Tacoma WA 98401-1157

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE LOGAN, et al,<br><br>                 Plaintiffs,<br><br>v.<br><br>CITY OF PULLMAN POLICE DEPARTMENT; WILLIAM T. WEATHERLY; DAN HARGRAVES; RUBEN HARRIS; DON HERROF; and ANDREW WILSON,<br><br>                 Defendants. | NO. CS-04-0214-FVS<br><br>ORDER DETERMINING FAIRNESS AND APPROVING SETTLEMENT<br><br>[PROPOSED] |

Representative Plaintiffs (as defined in the Settlement Agreement), on behalf of themselves, and all Class Members (as defined in the Settlement Agreement) and the above-named Defendants have filed a motion for a fairness determination and have requested an Order determining the fairness of the settlement between Class Members and Defendants with prejudice and without costs. The said motion having come regularly before this Court, and the Court having considered all of the pleadings and papers, and having heard oral argument hereby

ORDER - 1 of 5
(CS-04-0214-FVS)
[1431440 v2-rev.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

FINDS, ORDERS, ADJUDGES and DECREES as follows:

1. The Court has jurisdiction over the subject matter of this action and over all parties to this action, including all Class Members as defined in the Settlement Agreement.

2. The Court has determined, and hereby confirms, that the Class Plaintiffs and Class Counsel adequately represent all Class Members.

3. The Court has determined, and hereby confirms, that full and proper notice has been given to all eligible Class Members through mailing and publication of the Class Notice. Legal notice was printed in The Daily Evergreen, The Moscow-Pullman Daily News, Spokesman Review, and The Seattle Times. Because the Daily Evergreen did not publish on weekends and The Moscow-Pullman Daily News did not publish on Sunday, the legal notice was printed for five consecutive publishing days in these papers. Additionally, on October 6, 2008, Plaintiffs mailed the Mailed Notice to Class to the 145 class members for which address information is available. The Court has determined, and hereby confirms that the procedures specified satisfy the requirements of FRCP 23 and the requirements of due process.

4. The time period for objections by Class Members has expired. No Class Members objected in writing to Class Counsel and no Class Members were present at the fairness hearing conducted on December 3, 2008 at 9 a.m. Representative Plaintiffs and Class Members shall be, and hereby are, bound by

ORDER - 2 of 5
(CS-04-0214-FVS)
[1431440 v2-rev.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

the terms of the Settlement Agreement and this Final Settlement Order and Dismissal.

5. The Court finds that the settlement between the above-mentioned parties, in accordance with the terms set forth in the Settlement Agreement, is fair.

6. That all claims which were asserted or which could have been asserted in this action by Representative Plaintiffs and/or Class Members against the Released Parties (as that term is defined in the Settlement Agreement) are hereby dismissed with prejudice and without costs. Representative Plaintiffs and all Class Members are hereby barred and permanently enjoined from asserting, instituting, or prosecuting any claims or causes of action against the Defendants and Released Parties (as that term is defined in the Settlement Agreement) in any forum relating to any of the matters described in the Settlement Agreement.

7. The clerk is hereby directed to enter this Settlement Order and Dismissal forthwith.

DONE IN OPEN COURT this _____ day of _____, 2008.

_____
Judge Fred Van Sickle

ORDER - 3 of 5
(CS-04-0214-FVS)
[1431440 v2-rev.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Presented by:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM, LLP
Attorneys for Class Members


By: /s/ Darrell L. Cochran
    Darrell L. Cochran, WSBA No. 22851
    James W. Beck, WSBA No. 34208
    David L. Sanders, WSBA No. 39697


KEATING, BUCKLIN & MCCORMACK, INC.
Attorneys for Defendants


By /s/ Stewart A. Estes
    Andrew G. Cooley, WSBA No. 15189
    Stewart A. Estes, WSBA No. 15535
    Kimberly J. Waldbaum, WSBA 31529

ORDER - 4 of 5
(CS-04-0214-FVS)
[1431440 v2-rev.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of December, 2008, I caused to have the foregoing document electronically filed with the Clerk of the Court and sent an electronic copy of such filing to the following:

(1) Andrew George Cooley at acooley@kbmlawyers.com;

(2) Stewart Andrew Estes at sestes@kbmlawyers.com;

(3) Richard B. Jolley at rjolley@kbmlawyers.com;

(4) Thaddeus P. Martin at tmartin@thadlaw.com;

(5) Kimberly J. Waldbaum at kwaldbaum@kbmlawyers.com

DATED this 12th day of December, 2008.

/s/ Becky J. Niesen
Becky J. Niesen

ORDER - 5 of 5
(CS-04-0214-FVS)
[1431440 v2-rev.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565